## WARREN *v.* BALL *et al.*

(April Term, 1864.)

CONTINUANCE — *death of appellant.* Where a party bringing an appeal has died, and his administrator is made a party, the administrator is entitled to a continuance at the term at which he is made a party.

THIS was an appeal from the Circuit Court of Bureau county.

The death of the appellant having been suggested, and his administrator made a party at the present term, the counsel for the appellant asked the court whether he was not, upon this state of case, entitled to a continuance of this cause until the next term.

Per CURIAM: The rights of the parties must be reciprocal; the appellant not being in a position to compel the appellee to a hearing at this term of the court, the latter cannot insist that the appellant should do so. The cause will, therefore, be continued.